IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MILDEMONT, INC. d/b/a
BIG BRAKE of MS**                                                   **PLAINTIFF**

**v.**                                        **CIVIL NO. 1:15-cv204-HSO-JCG**

**FORD MOTOR COMPANY**                                              **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this the 13th day of January, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE